Russell S. Buhite, AK Bar #0831085
OGLETREE, DEAKINS, NASH, SMOAK
   & STEWART, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Telephone: (206) 693-7052
Facsimile: (206) 693-7058
Email: russell.buhite@ogletree.com

Attorneys for Defendant LINCOLN
FINANCIAL GROUP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHELDON HARMON,<br><br>      Plaintiff,<br><br>  vs.<br><br>LINCOLN FINANCIAL GROUP,<br><br>      Defendant. | Case No. 3:21-cv-00219-JMK |

## NOTICE OF REMOVAL

**TO:**       **CLERK OF THE COURT**

**AND TO:**   **PLAINTIFF SHELDON HARMON AND HIS ATTORNEY OF RECORD**

PLEASE TAKE NOTICE that Defendant The Lincoln National Life Insurance Company, incorrectly sued as Lincoln Financial Group (hereinafter, "Lincoln") hereby removes the instant action from the District Court for the State of Alaska, Third Judicial District at Kenai, filed as Case No. 3KN-21-00678CI, to the United States

District Court of Alaska, pursuant to 28 U.S.C. §§ 1441 and 1446 on grounds that this Court has jurisdiction under 28 U.S.C. § 1331 and 29 U.S.C. § 1332(e) because this case is governed by the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. § 1001, *et seq.* A copy of Plaintiff's State Court Complaint is attached hereto as Exhibit 1.

In support of this removal, Lincoln states as follows:

## I.  THIS COURT HAS FEDERAL QUESTION JURISDICTION.

1.  Peninsula Community Health Services of Alaska ("PCHSA") established and maintained a plan of long-term disability insurance benefits for the benefit of its employees ("the Plan"). At relevant times, PCHSA funded its Plan via a policy of group long-term disability insurance issued by Lincoln ("the Group Policy"). At relevant times, plaintiff Sheldon Harmon was employed by PCHSA and participated in the Plan. Harmon ceased working as of January 1, 2017 and submitted a claim for benefits under the Group Policy. Lincoln paid benefits for the period April 11 through July 25, 2017. Harmon disputed Lincoln's determination, claiming he "is permanently and totally disabled."

In his Complaint, Harmon seeks further benefits under the Group Policy. The PCHSA Plan, the Group Policy that funded it, and this dispute, are governed by ERISA. The benefits are part of (1) a plan, fund or program, (2) established or maintained, (3) by an employer, (4) for the purpose of providing benefits in the event

of sickness, accident, or disability, (5) to participants or their beneficiaries. *See* 29 U.S.C. § 1002(3).

The plaintiff is claiming entitlement to ERISA-regulated benefits. ERISA preempts the plaintiff's state-law claims and provides exclusive remedies for resolution of claims relating to an ERISA plan. *See* ERISA § 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B); *Pilot Life Ins. Co. v Dedeaux*, 481 U.S. 41 (1987). Such claims are removable under 28 U.S.C. § 1441(b) as an action arising under federal law even when the ERISA-related nature of the action does not appear on the face of the complaint. *See Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58 (1987) (ERISA is a recognized exception to the well-pleaded complaint rule).

Accordingly, this action is one over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1332(e) in that Harmon's claims arise under an ERISA-governed benefit plan and the claims come within the scope of ERISA § 502(a), 29 U.S.C. § 1132(a). Pursuant to 29 U.S.C. §§ 1132(e)(1) and (f) and 28 U.S.C. §§ 1131, 1441(b), the District Courts of the United States have original and/or exclusive jurisdiction over such claims without respect to the amount in controversy or the citizenship of the parties and may be removed to this Court.

## II. THE REMOVAL IS TIMELY.

1. The plaintiff commenced this action on September 7, 2021, by filing his Complaint in the District Court for the State of Alaska, Third Judicial District at Kenai, which was assigned case number 3KN-21-00678CI.

DEFENDANT'S NOTICE OF REMOVAL - 3
Sheldon Harman v. Lincoln Financial Group
Case No. 3:21-cv-00219-JMK

2. A Summons and Notice of Judicial Assignment was issued by the Clerk of the Court on September 10, 2021.

3. Defendant Lincoln was served by certified mail to its statutory agent, received on September 14, 2021.[1]

4. On September 29, 2021, Russell S. Buhite filed his Notice of Appearance on behalf of Defendant Lincoln National Group [sic].

5. The foregoing referenced above constitute all of the process, pleadings and orders either served upon Lincoln or filed by any party in this action.

6. As this Notice is being filed on October 4, 2021, the removal is timely under 28 U.S.C. § 1446(b).

### III. LINCOLN HAS MET ALL REQUIREMENTS FOR REMOVAL.

7. This Court has federal jurisdiction under 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e) and (f) because this action is governed by ERISA.

8. The United States District Court for the District of Alaska is the federal judicial district encompassing the State of Alaska, Third Judicial District of Kenai, where this suit was originally filed.

9. Lincoln has this date filed a copy of this Notice in the District Court for the State of Alaska, Third Judicial District of Kenai pursuant to 28 U.S.C. § 1446.

---

[1] This was improper service. *See* AS 21.09.180 (service of process against a foreign insurer shall be made only upon the director of insurance). Lincoln does not intend to waive any defenses by filing this removal.

DEFENDANT'S NOTICE OF REMOVAL - 4
Sheldon Harman v. Lincoln Financial Group
Case No. 3:21-cv-00219-JMK

10. Removal is proper under 28 U.S.C. §§ 1441 and 1446.

WHEREFORE, notice is hereby given that this action is removed from the District Court for the State of Alaska, Third Judicial District of Kenai, to the United States District Court for the District of Alaska.

Respectfully submitted this 4th day of October 2021.

                                            OGLETREE, DEAKINS, NASH, SMOAK
                                            & STEWART, P.C.

                                            By: */s/ Russell S. Buhite*
                                                 Russell S. Buhite, AK Bar #1805019
                                                 1201 Third Avenue, Suite 5150
                                                 Seattle, WA 98101
                                                 Telephone: (206) 693-7052
                                                 Facsimile: (206) 693-7058
                                                 Email: russell.buhite@ogletree.com

# CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2021, I served the foregoing DEFENDANT LINCOLN FINANCIAL GROUP'S NOTICE OF REMOVAL via the method(s) below on the following parties:

> Sonja Redmond, AK Bar #0605022
> Law Office of Sonja Redmond
> P.O. Box 3529
> Soldotna, AK  99669
> Telephone:  (907) 262-7846
> Facsimile:  (907) 262-7872
> Email:  sredmond@greatlandjustice.com
>
> *Attorney for Plaintiff Sheldon Harmon*

☒ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐ by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Seattle, Washington.

☐ by **e-mailing** a true and correct copy to the last known email address of each person listed above.

SIGNED THIS 4th day of October, 2021 at Seattle, Washington.

> OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
>
> By: */s/ Cheryl L. Kelley*
>     Cheryl L. Kelley, Practice Assistant
>     cheryl.kelley@ogletree.com

48804260.1