Russell S. Buhite, AK Bar #1805019
OGLETREE, DEAKINS, NASH, SMOAK
  & STEWART, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Telephone: 206-693-7052
Facsimile: 206-693-7058
Email: russell.buhite@ogletree.com

Attorneys for Defendant LINCOLN
FINANCIAL GROUP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHELDON HARMON,<br><br>   Plaintiff,<br><br> vs.<br><br>LINCOLN FINANCIAL GROUP,<br><br>   Defendant. | Case No.: 3:21-cv-00219-JMK |

## DEFENDANT'S FRCP RULE 7.1
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure Rule 7.1, defendant The Lincoln National Life Insurance Company, incorrectly sued as Lincoln Financial Group, discloses that it is a wholly-owned subsidiary of Lincoln National Corporation. Lincoln National Corporation is publicly traded on the New York Stock Exchange (Symbol: LNC), with no 10 percent owners of its stock.

Respectfully submitted this 12th day of October, 2021.

>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
>
>By: */s/ Russell S. Buhite*
>    Russell S. Buhite, AK Bar #1805019
>    1201 Third Avenue, Suite 5150
>    Seattle, WA  98101
>    Telephone:  (206) 693-7052
>    Facsimile:  (206) 693-7058
>    Email:  russell.buhite@ogletree.com

DEFENDANT'S FRCP RULE 7.1 CORPORATE
DISCLOSURE STATEMENT - 2
Sheldon Harmon v. Lincoln Financial Group
Case No. 3:21-cv-00219-JMK

Case 3:21-cv-00219-JMK   Document 4   Filed 10/12/21   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2021, I served the foregoing DEFENDANT LINCOLN FINANCIAL GROUP'S FRCP RULE 7.1 CORPORATE DISCLOSURE STATEMENT via the method(s) below on the following parties:

Sonja Redmond, AK Bar #0605022
Law Office of Sonja Redmond
P.O. Box 3529
Soldotna, AK  99669
Telephone:  (907) 262-7846
Facsimile:  (907) 262-7872
Email:  sredmond@greatlandjustice.com

*Attorney for Plaintiff Sheldon Harmon*

☒ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐ by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Seattle, Washington.

☐ by **e-mailing** a true and correct copy to the last known email address of each person listed above.

SIGNED THIS 12th day of October, 2021 at Seattle, Washington.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Cheryl L. Kelley*
Cheryl L. Kelley, Practice Assistant
cheryl.kelley@ogletree.com

48734559.2